**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6539**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY LEE GREEN, a/k/a Smoke,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:19-cr-00154-RBS-LRL-1)

Submitted:  December 23, 2025                    Decided:  December 31, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Lee Green, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lee Green appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Green*, No. 2:19-cr-00154-RBS-LRL-1 (E.D. Va. June 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*